**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00963-CV

## CITY OF DALLAS, Appellant

### V.

## ANTHONY ARREDONDO, ET AL., Appellees

### No. 05-12-00965-CV

## CITY OF DALLAS, Appellant

### V.

## DAVID L. BARBER, ET AL., Appellees

### No. 05-12-0966-CV

## CITY OF DALLAS, Appellant

### V.

## KENNETH E. ALBERT, ET AL., Appellees

### No. 05-12-00967-CV

## CITY OF DALLAS, Appellant

### V.
## KEVIN MICHAEL WILLIS, ET AL., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-1743-99**

# ORDER

Appellant's unopposed motion for an extension of time in which to file its motion for rehearing is **GRANTED**. Appellant's motion is due **on or before September 27, 2013.**

/s/  ELIZABETH LANG-MIERS
    JUSTICE